United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-18134-amc
Linda Merritt                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW       Page 1 of 3        Date Rcvd: Apr 16, 2019
                 Form ID: 138NEW   Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.

```
db          +Linda Merritt,    699 West Glenrose Road,    Coatesville, PA 19320-4931
aty         +Roger R. Crane,    599 Lexington Avenue,    New York, NY 10022-6030
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 E. Bethpage Road,    Plainview, NY 11803-4224
sp          +Gibbons P.C,    One Gateway Center,    Attn: Mark B. Conlan,Esquire,    Newark, NJ 07102-5321
cr          +McComsey Builders, Inc.,    4053 Lower Valley Road,    Parkesburg, PA 19365-1630
cr           MidAtlantic Farm Credit, ACA,    c/o Steven J. Adams, Esquire,    111 N Sixth Street,
              PO Box 679,    Reading, PA  19603-0679
cr          +PA Dept of Revenue,    c/o Denise A. Kuhn,    21 S. 12 th Street,    3rd floor,
              Philadelphia, PA 19107-3604
cr          +R&R Capital, LLC,    136 Beach 144th Street,    Neponsit, NY 11694-1113
cr          +RST Pool Services,Inc.,    2014 Conestoga Road,    Malvern, PA 19355-2220
12580692   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  FIA CARD SERVICES, N.A.,     PO Box 15102,
              Wilmington, DE 19886-5102)
13010419    +BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC H,     c/o MARTIN C. BRYCE, JR.,
              Ballard Spahr Andrews & Ingersoll LLP,    1735 Market Street,    51st. Floor,
              Philadelphia, PA 19103-7599
12726063    +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,
              S/B/M TO BAC HOME LOANS SERVICING, L.P.,    7105 CORPORATE DRIVE,    PLANO, TX 75024-4100
12581282    +Bank of America,    C/o Phelan Hallinan & Schmieg,    1617 JFK Blvd, Ste 1400,
              Philadelphia, PA 19103-1814
12581293    +Capital One C/o Amato & Lessa,    107 N. Commerce Way, Ste 100,    Bethlehem, PA 18017-8913
12630920    +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 3602,
              West Chester PA 19382-2804
12581292    +Citi Cards,    PO Box 183061,    Columbus, OH 43218-3061
12581283    +County of Chester,    Office of the Treasurer,    2 N. High St, Ste 109,
              West Chester, PA 19380-3025
12581290    +Discover C/o Dyck-O?Neal,    15301 Spectrum Dr, Ste 450,    Addison, TX 75001-6436
12581291     Discover C/o Weltman et al,    436 Seventh Avenue,    1400 Koppers Building,
              Pittsburgh, PA  15219
12581284    +East Marlborough Twp Sewer Co.,    721 Unionville Rd,    Kennett Square, PA 19348-1530
12667105    +Equilease Capital Services,Inc.assigne of Sover.,     50 Washington Street, 10th FL,
              South Norwalk, CT 06854-2751
13148413   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court:  Land Rover Capital Group,     National Bankruptcy Service Center,
              PO Box 6275,    Dearborn, MI 48121)
13531876     Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13609323     Federal National Mortgage Company,    Fannie Mae creditor c/o Seterus,Inc.,     PO BOX 1047,
              Hartford CT 06143-1047
12778143    +LAND ROVER CAPITAL GROUP,    ATTN: SKLAR ~ MARKIND,    102 BROWNING LN, BLDG B, STE 1,
              CHERR HILL NJ 08003-3195
12581286    +Land Rover C/o Maurice & Needleman,    1617 JFK Blvd., Ste 935,    Philadelphia, PA 19103-1822
12581285    +Land Rover Capital Group,    PO Box 542000,    Omaha, NE 68154-8000
12581288    +Martin Water Conditioning,    309 W. 4th Street,    Quarryville, PA 17566-1124
12583280    +McComsey Builders Inc.,    c/o ERIC L. WINKLE,    Byler, Goodley, Winkle & Hetrick, P.C.,
              363 West Roseville Road,    Lancaster, PA 17601-3145
12581294    +McComsey Builders, Inc.,    C/o Byler, Goodley & Winkle,    363 West Roseville Road,
              Lancaster, PA 17601-3145
12653474     MidAtlantic Farm Credit, ACA,    c/o Steven J. Adams, Esquire,    Stevens & Lee,
              111 N. Sixth Street,    P.O. Box 679,    Reading, PA  19603-0679
14290955    +Nationstar Mortgage LLC D/B/A Mr. Cooper,    c/o Kevin S. Frankel, Esquire,
              Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
12581280    +PNC,    PO Box 1820,    Dayton, OH 45401-1820
14242304    +PNC BANK NATIONAL ASSOCIATION,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
12597997    +PNC Bank, N.A.,    3232 Newmark, Drive,    Miamisburg, OH 45342-5421
12581281    +PNC C/o Udren Law Offices,    111 Woodcrest Rd, Ste 200,    Cherry Hill, NJ 08003-3620
12581287    +Pasquale J. Malpesao, D.M.D.,    563 Park Avenue,    New York, NY 10065-7314
12609528   #+R&R Capital LLC,    c/o Kevin J. Kotch, Esquire,    Obermayer Rebmann Maxwell & Hippel LLP,
              Woodland Falls Corporate Park,    200 Lake Drive East - Suite 110,    Cherry Hill, NJ 08002-1171
12581289    +R.S.T. Pool Service,    2014 Conestoga Rd,    Malvern, PA 19355-2220
12734960    +R.S.T. Pool Services,    2014 Conestoga Road,    Malvern PA 19355-2220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:16:59     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:21
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:53     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Apr 16, 2019
                              Form ID: 138NEW             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12613149          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:22
                   Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                   Charlotte, NC  28272-1083
12596423          E-mail/Text: mrdiscen@discover.com Apr 17 2019 03:15:56      Discover Bank,
                   DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12767982         +E-mail/Text: cio.bncmail@irs.gov Apr 17 2019 03:16:02       Internal Revenue Service,
                   P O BOX 7346,    Philadelphia PA 19101-7346
12610988         +E-mail/Text: bncmail@w-legal.com Apr 17 2019 03:16:43       OAK HARBOR CAPITAL III, LLC,
                   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA  98121-3132
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp               THOMAS D. SCHNEIDER
sp*             +Joseph M Fioravanti,    217 N. Monroe Street,    Media, PA 19063-3019
sp*             +Roger R. Crane,    599 Lexington Avenue,    New York, NY 10022-6030
14242305*       +PNC BANK NATIONAL ASSOCIATION,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
aty            ##+Joseph M Fioravanti,    217 N. Monroe Street,    Media, PA 19063-3019
                                                                                 TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                     Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
```
              BARRY F. PENN    on behalf of Creditor    PNC Bank, National Association bfpennesq@gmail.com
              BARRY F. PENN    on behalf of Plaintiff Linda   Merritt bfpennesq@gmail.com
              BARRY F. PENN    on behalf of Debtor Linda   Merritt bfpennesq@gmail.com
              BARRY F. PENN    on behalf of Creditor    PNC Bank, N.A. bfpennesq@gmail.com
              CHRISTINE M. KOVAN    on behalf of Defendant    WELLS FARGO BANK, N.A. ckovan@firstam.com
              CHRISTINE M. KOVAN    on behalf of Creditor    MidAtlantic Farm Credit, ACA ckovan@firstam.com
              DAVID  NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              DENISE A. KUHN    on behalf of Creditor    PA Dept of Revenue dkuhn@attorneygeneral.gov
              ERIC L. WINKLE    on behalf of Creditor    McComsey Builders, Inc. ewinkle@bgwh.com
              EUGENE A. CAMPOSANO    on behalf of Debtor Linda   Merritt camposanolaw@comcast.net
              EUGENE J. MALADY    on behalf of Debtor Linda   Merritt kjones@ejmcounselors.com,
               emalady@ejmcounselors.com
              FRANCIS J. LAWALL    on behalf of Defendant    Cheshire Land Preservation Trust
               lawallf@pepperlaw.com, henrys@pepperlaw.com,wlbank@pepperlaw.com
              HOWARD  GERSHMAN    on behalf of Creditor    Land Rover Capital Group hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JENNIFER J. CLARK    on behalf of Defendant    The Federal Home Loan  Corporation
               jennifer.clark@morganlewis.com
              JENNIFER J. CLARK    on behalf of Defendant    J.P. Morgan Chase Bank, N.A., Delaware Corporation
               jennifer.clark@morganlewis.com
              JENNIFER J. CLARK    on behalf of Defendant    Chase Home Finance, LLC successor by merger to Chase
               Manhattan Mortgage Corporation jennifer.clark@morganlewis.com
```

```
District/off: 0313-2              User: ChrissyW               Page 3 of 3              Date Rcvd: Apr 16, 2019
                                  Form ID: 138NEW              Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JEROME B. BLANK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              KASSIA    FIALKOFF    on behalf of Creditor    PNC Bank, National Association
               kfialkoff@duanemorris.com
              KASSIA    FIALKOFF    on behalf of Defendant    PNC Bank, N.A. kfialkoff@duanemorris.com
              KASSIA    FIALKOFF    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank N.A.
               kfialkoff@duanemorris.com
              KEVIN JAMES KOTCH    on behalf of Defendant    R&R Capital LLC kevin@ferraralawgp.com,
               lori@ferraralawgp.com
              KEVIN JAMES KOTCH    on behalf of Creditor    R&R Capital, LLC kevin@ferraralawgp.com,
               lori@ferraralawgp.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              LAURIE A. KREPTO    on behalf of Defendant Adam J. Hardman, Esq lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant William W. Huffman, Esq lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant    Florida Default Law Group, P.L. lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant    John Doe 1-10 lkrepto@rc.com
              MARK A. CRONIN    on behalf of Debtor Linda    Merritt PhilaLaw@aol.com
              MARK A. CRONIN    on behalf of Plaintiff Linda    Merritt PhilaLaw@aol.com
              MARK B. CONLAN    on behalf of Debtor Linda    Merritt MCONLAN@GIBBONSLAW.COM
              MARTIN C. BRYCE, JR.    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bryce@ballardspahr.com
              MELISSA JUSTINE CANTWELL    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              MICHAEL J. CUSTER    on behalf of Interested Party    Cheshire Land Preservation Trust
               custerm@pepperlaw.com
              MICHAEL S. HINO    on behalf of Defendant    Cheshire Land Preservation Trust HINOM@pepperlaw.com,
               custerm@pepperlaw.com
              MICHAEL S. HINO    on behalf of Interested Party    Cheshire Land Preservation Trust
               HINOM@pepperlaw.com, custerm@pepperlaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, N.A. nlabletta@pincuslaw.com,
               vbarber@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Defendant    PNC Bank, N.A. nlabletta@pincuslaw.com,
               vbarber@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com, vbarber@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               nlabletta@pincuslaw.com, vbarber@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Federal National Mortgage Association ("FANNIE MAE")
               robert.davidow@phelanhallinan.com
              SARAH    SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Bank, National Association
               SCHINDLERWILLIAMSS@BallardSpahr.com
              SARAH    SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Bank, N.A.
               SCHINDLERWILLIAMSS@BallardSpahr.com
              SARAH    SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Mortgage a division of PNC Bank NA
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN J. ADAMS    on behalf of Creditor    MidAtlantic Farm Credit, ACA sja@stevenslee.com,
               dda@stevenslee.com
              STEVEN J. ADAMS    on behalf of Defendant    WELLS FARGO BANK, N.A. sja@stevenslee.com,
               dda@stevenslee.com
              STUART PAUL WINNEG    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              THOMAS D. SCHNEIDER    on behalf of Debtor Linda    Merritt tdschneider@verizon.net
              THOMAS D. SCHNEIDER    on behalf of Plaintiff Linda    Merritt tdschneider@verizon.net
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 57
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Linda Merritt
      Debtor(s)

Bankruptcy No: 11−18134−amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/16/19

559 – 558
Form 138_new