United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 11-18134-amc
Linda Merritt                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 2             Date Rcvd: Jun 04, 2019
                              Form ID: 195              Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
```
db             +Linda Merritt,    699 West Glenrose Road,    Coatesville, PA 19320-4931
aty            +Roger R. Crane,    599 Lexington Avenue,    New York, NY 10022-6030
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
sp             +Gibbons P.C,    One Gateway Center,    Attn: Mark B. Conlan,Esquire,    Newark, NJ 07102-5321
cr             +McComsey Builders, Inc.,    4053 Lower Valley Road,    Parkesburg, PA 19365-1630
cr              MidAtlantic Farm Credit, ACA,    c/o Steven J. Adams, Esquire,    111 N Sixth Street,
                 PO Box 679,    Reading, PA  19603-0679
cr             +PA Dept of Revenue,    c/o Denise A. Kuhn,    21 S. 12 th Street,    3rd floor,
                 Philadelphia, PA 19107-3604
cr             +R&R Capital, LLC,    136 Beach 144th Street,    Neponsit, NY 11694-1113
cr             +RST Pool Services,Inc.,    2014 Conestoga Road,    Malvern, PA 19355-2220
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp               THOMAS D. SCHNEIDER
sp*            +Joseph M Fioravanti,    217 N. Monroe Street,    Media, PA 19063-3019
sp*            +Roger R. Crane,    599 Lexington Avenue,    New York, NY 10022-6030
aty            ##+Joseph M Fioravanti,    217 N. Monroe Street,    Media, PA 19063-3019
                                                                                  TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                    Signature:  /s/Joseph Speetjens

───────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
```
              BARRY F. PENN    on behalf of Plaintiff Linda  Merritt bfpennesq@gmail.com
              BARRY F. PENN    on behalf of Debtor Linda  Merritt bfpennesq@gmail.com
              BARRY F. PENN    on behalf of Creditor    PNC Bank, N.A. bfpennesq@gmail.com
              BARRY F. PENN    on behalf of Creditor    PNC Bank, National Association bfpennesq@gmail.com
              CHRISTINE M. KOVAN    on behalf of Defendant    WELLS FARGO BANK, N.A. ckovan@firstam.com
              CHRISTINE M. KOVAN    on behalf of Creditor    MidAtlantic Farm Credit, ACA ckovan@firstam.com
              DAVID  NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              DENISE A. KUHN    on behalf of Creditor    PA Dept of Revenue dkuhn@attorneygeneral.gov
              ERIC L. WINKLE    on behalf of Creditor    McComsey Builders, Inc. ewinkle@bgwh.com
              EUGENE A. CAMPOSANO    on behalf of Debtor Linda  Merritt camposanolaw@comcast.net
              EUGENE J. MALADY    on behalf of Debtor Linda  Merritt kjones@ejmcounselors.com,
               emalady@ejmcounselors.com
              FRANCIS J. LAWALL    on behalf of Defendant    Cheshire Land Preservation Trust
               lawallf@pepperlaw.com,    henrys@pepperlaw.com,wlbank@pepperlaw.com
              HOWARD  GERSHMAN    on behalf of Creditor    Land Rover Capital Group hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JENNIFER J. CLARK    on behalf of Defendant    J.P. Morgan Chase Bank, N.A., Delaware Corporation
               jennifer.clark@morganlewis.com
              JENNIFER J. CLARK    on behalf of Defendant    Chase Home Finance, LLC successor by merger to Chase
               Manhattan Mortgage Corporation jennifer.clark@morganlewis.com
              JENNIFER J. CLARK    on behalf of Defendant    The Federal Home Loan  Corporation
               jennifer.clark@morganlewis.com
```

```
District/off: 0313-2         User: JEGilmore          Page 2 of 2          Date Rcvd: Jun 04, 2019
                             Form ID: 195             Total Noticed: 9


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JEROME B. BLANK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              KASSIA    FIALKOFF    on behalf of Creditor    PNC Bank, National Association
               kfialkoff@duanemorris.com
              KASSIA    FIALKOFF    on behalf of Defendant    PNC Bank, N.A. kfialkoff@duanemorris.com
              KASSIA    FIALKOFF    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank N.A.
               kfialkoff@duanemorris.com
              KEVIN JAMES KOTCH    on behalf of Defendant    R&R Capital LLC kevin@ferraralawgp.com,
               lori@ferraralawgp.com
              KEVIN JAMES KOTCH    on behalf of Creditor    R&R Capital, LLC kevin@ferraralawgp.com,
               lori@ferraralawgp.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              LAURIE A. KREPTO    on behalf of Defendant    Florida Default Law Group, P.L. lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant    John Doe 1-10 lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant Adam J. Hardman, Esq lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant William W. Huffman, Esq lkrepto@rc.com
              MARK A. CRONIN    on behalf of Plaintiff Linda    Merritt PhilaLaw@aol.com
              MARK A. CRONIN    on behalf of Debtor Linda    Merritt PhilaLaw@aol.com
              MARK B. CONLAN    on behalf of Debtor Linda    Merritt MCONLAN@GIBBONSLAW.COM
              MARTIN C. BRYCE, JR.    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bryce@ballardspahr.com
              MELISSA JUSTINE CANTWELL    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              MICHAEL J. CUSTER    on behalf of Interested Party    Cheshire Land Preservation Trust
               custerm@pepperlaw.com
              MICHAEL S. HINO    on behalf of Defendant    Cheshire Land Preservation Trust HINOM@pepperlaw.com,
               custerm@pepperlaw.com
              MICHAEL S. HINO    on behalf of Interested Party    Cheshire Land Preservation Trust
               HINOM@pepperlaw.com, custerm@pepperlaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, N.A. nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Defendant    PNC Bank, N.A. nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Federal National Mortgage Association ("FANNIE MAE")
               robert.davidow@phelanhallinan.com
              SARAH   SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Bank, N.A.
               SCHINDLERWILLIAMSS@BallardSpahr.com
              SARAH   SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Mortgage a division of PNC Bank NA
               SCHINDLERWILLIAMSS@BallardSpahr.com
              SARAH   SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Bank, National Association
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN J. ADAMS    on behalf of Creditor    MidAtlantic Farm Credit, ACA sja@stevenslee.com,
               dda@stevenslee.com
              STEVEN J. ADAMS    on behalf of Defendant    WELLS FARGO BANK, N.A. sja@stevenslee.com,
               dda@stevenslee.com
              STUART PAUL WINNEG    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              THOMAS D. SCHNEIDER    on behalf of Debtor Linda    Merritt tdschneider@verizon.net
              THOMAS D. SCHNEIDER    on behalf of Plaintiff Linda    Merritt tdschneider@verizon.net
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 57
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Linda Merritt  : Case No. 11−18134−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , June 4, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

562
Form 195