United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-18134-amc
Linda Merritt                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 3              Date Rcvd: Jun 04, 2019
                       Form ID: 3180W      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
```
db          +Linda Merritt,    699 West Glenrose Road,    Coatesville, PA 19320-4931
12630920    +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 3602,
              West Chester PA 19382-2804
12667105    +Equilease Capital Services,Inc.assigne of Sover.,    50 Washington Street, 10th FL,
              South Norwalk, CT 06854-2751
13148413   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court:  Land Rover Capital Group,    National Bankruptcy Service Center,
              PO Box 6275,   Dearborn, MI 48121)
13531876     Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
12778143    +LAND ROVER CAPITAL GROUP,    ATTN: SKLAR ~ MARKIND,    102 BROWNING LN, BLDG B, STE 1,
              CHERR HILL NJ 08003-3195
12581294    +McComsey Builders, Inc.,    C/o Byler, Goodley & Winkle,    363 West Roseville Road,
              Lancaster, PA 17601-3145
12653474     MidAtlantic Farm Credit, ACA,    c/o Steven J. Adams, Esquire,    Stevens & Lee,
              111 N. Sixth Street,    P.O. Box 679,    Reading, PA 19603-0679
12597997    +PNC Bank, N.A.,    3232 Newmark, Drive,    Miamisburg, OH 45342-5421
12609528   #+R&R Capital LLC,    c/o Kevin J. Kotch, Esquire,    Obermayer Rebmann Maxwell & Hippel LLP,
              Woodland Falls Corporate Park,    200 Lake Drive East - Suite 110,    Cherry Hill, NJ 08002-1171
12734960    +R.S.T. Pool Services,    2014 Conestoga Road,    Malvern PA 19355-2220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 05 2019 03:03:47     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:12
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2019 03:03:39     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12580692     EDI: BANKAMER2.COM Jun 05 2019 06:48:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
              Wilmington, DE 19886-5102
12726063    +EDI: BANKAMER.COM Jun 05 2019 06:48:00      BANK OF AMERICA, N.A., Et al,
              BANK OF AMERICA, N.A.,    S/B/M TO BAC HOME LOANS SERVICING, L.P.,    7105 CORPORATE DRIVE,
              PLANO, TX 75024-4100
12613149     EDI: CAPITALONE.COM Jun 05 2019 06:48:00      Capital One Bank (USA), N.A.,
              by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
12596423     EDI: DISCOVER.COM Jun 05 2019 06:48:00      Discover Bank,   DB Servicing Corporation,
              PO Box 3025,    New Albany, OH  43054-3025
12767982    +EDI: IRS.COM Jun 05 2019 06:48:00      Internal Revenue Service,    P O BOX 7346,
              Philadelphia PA 19101-7346
12610988    +EDI: OPHSUBSID.COM Jun 05 2019 06:48:00      OAK HARBOR CAPITAL III, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore            Page 2 of 3            Date Rcvd: Jun 04, 2019
                              Form ID: 3180W             Total Noticed: 20
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:

```
              BARRY F. PENN     on behalf of Plaintiff Linda  Merritt bfpennesq@gmail.com
              BARRY F. PENN     on behalf of Debtor Linda  Merritt bfpennesq@gmail.com
              BARRY F. PENN     on behalf of Creditor    PNC Bank, N.A. bfpennesq@gmail.com
              BARRY F. PENN     on behalf of Creditor    PNC Bank, National Association bfpennesq@gmail.com
              CHRISTINE M. KOVAN    on behalf of Defendant    WELLS FARGO BANK, N.A. ckovan@firstam.com
              CHRISTINE M. KOVAN    on behalf of Creditor    MidAtlantic Farm Credit, ACA ckovan@firstam.com
              DAVID  NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              DENISE A. KUHN    on behalf of Creditor    PA Dept of Revenue dkuhn@attorneygeneral.gov
              ERIC L. WINKLE    on behalf of Creditor    McComsey Builders, Inc. ewinkle@bgwh.com
              EUGENE A. CAMPOSANO    on behalf of Debtor Linda  Merritt camposanolaw@comcast.net
              EUGENE J. MALADY    on behalf of Debtor Linda  Merritt kjones@ejmcounselors.com,
               emalady@ejmcounselors.com
              FRANCIS J. LAWALL    on behalf of Defendant    Cheshire Land Preservation Trust
               lawallf@pepperlaw.com, henrys@pepperlaw.com,wlbank@pepperlaw.com
              HOWARD  GERSHMAN    on behalf of Creditor    Land Rover Capital Group hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JENNIFER J. CLARK    on behalf of Defendant    J.P. Morgan Chase Bank, N.A., Delaware Corporation
               jennifer.clark@morganlewis.com
              JENNIFER J. CLARK    on behalf of Defendant    Chase Home Finance, LLC successor by merger to Chase
               Manhattan Mortgage Corporation jennifer.clark@morganlewis.com
              JENNIFER J. CLARK    on behalf of Defendant    The Federal Home Loan  Corporation
               jennifer.clark@morganlewis.com
              JEROME B. BLANK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              KASSIA  FIALKOFF    on behalf of Creditor    PNC Bank, National Association
               kfialkoff@duanemorris.com
              KASSIA  FIALKOFF    on behalf of Defendant    PNC Bank, N.A. kfialkoff@duanemorris.com
              KASSIA  FIALKOFF    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank N.A.
               kfialkoff@duanemorris.com
              KEVIN JAMES KOTCH    on behalf of Defendant    R&R Capital LLC kevin@ferraralawgp.com,
               lori@ferraralawgp.com
              KEVIN JAMES KOTCH    on behalf of Creditor    R&R Capital, LLC kevin@ferraralawgp.com,
               lori@ferraralawgp.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              LAURIE A. KREPTO    on behalf of Defendant    Florida Default Law Group, P.L. lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant    John Doe 1-10 lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant Adam J. Hardman, Esq lkrepto@rc.com
              LAURIE A. KREPTO    on behalf of Defendant William W. Huffman, Esq lkrepto@rc.com
              MARK A. CRONIN    on behalf of Plaintiff Linda  Merritt PhilaLaw@aol.com
              MARK A. CRONIN    on behalf of Debtor Linda  Merritt PhilaLaw@aol.com
              MARK B. CONLAN    on behalf of Debtor Linda  Merritt MCONLAN@GIBBONSLAW.COM
              MARTIN C. BRYCE, JR.    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bryce@ballardspahr.com
              MELISSA JUSTINE CANTWELL     on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              MICHAEL J. CUSTER    on behalf of Interested Party    Cheshire Land Preservation Trust
               custerm@pepperlaw.com
              MICHAEL S. HINO    on behalf of Defendant    Cheshire Land Preservation Trust HINOM@pepperlaw.com,
               custerm@pepperlaw.com
              MICHAEL S. HINO    on behalf of Interested Party    Cheshire Land Preservation Trust
               HINOM@pepperlaw.com, custerm@pepperlaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, N.A. nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Defendant    PNC Bank, N.A. nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com, brausch@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               nlabletta@pincuslaw.com, brausch@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Federal National Mortgage Association ("FANNIE MAE")
               robert.davidow@phelanhallinan.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Bank, N.A.
               SCHINDLERWILLIAMSS@BallardSpahr.com
              SARAH  SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Mortgage a division of PNC Bank NA
               SCHINDLERWILLIAMSS@BallardSpahr.com
```

```
District/off: 0313-2          User: JEGilmore          Page 3 of 3          Date Rcvd: Jun 04, 2019
                              Form ID: 3180W          Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              SARAH   SCHINDLER-WILLIAMS    on behalf of Creditor    PNC Bank, National Association
               SCHINDLERWILLIAMSS@BallardSpahr.com
              STEVEN J. ADAMS    on behalf of Creditor    MidAtlantic Farm Credit, ACA sja@stevenslee.com,
               dda@stevenslee.com
              STEVEN J. ADAMS    on behalf of Defendant    WELLS FARGO BANK, N.A. sja@stevenslee.com,
               dda@stevenslee.com
              STUART PAUL WINNEG    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              THOMAS D. SCHNEIDER    on behalf of Debtor Linda  Merritt tdschneider@verizon.net
              THOMAS D. SCHNEIDER    on behalf of Plaintiff Linda  Merritt tdschneider@verizon.net
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 57
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Linda Merritt** | Social Security number or ITIN  xxx–xx–6770 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **11–18134–amc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Linda Merritt
    aka Lyn Merritt

<u>6/4/19</u>                                            **By the court:**      <u>Ashely M. Chan</u>
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**